UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CIVIL ACTION NO. 07-409-DLB

STEPHEN M. BALTIMORE                                                         PLAINTIFF

vs.                                        **OPINION AND ORDER**

MICHAEL J. ASTRUE,
**Commissioner of Social Security**                                           DEFENDANT

* * * * * * * * * * * * *

This matter is before the Court on Plaintiff's Motion for Summary Judgment (Doc. #10), Defendant's Motion for Summary Judgment (Doc. #11), and the Report and Recommendation of the Magistrate Judge (Doc. #13).

Plaintiff brought this action under 42 U.S.C. § 405(g) to challenge Defendant's final decision to deny Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration pursuant to 28 U.S.C. § 636(b).

On September 11, 2008, the Magistrate Judge filed his Report and Recommendation. The Magistrate Judge rejected Plaintiff's arguments directed to the Administrative Law Judge's findings on Plaintiff's credibility and the weight to be given to the medical opinion of physician Dr. Lewis, concluding that both of these findings by the Administrative Law Judge were supported by substantial evidence under the applicable legal standard. As such, the Magistrate Judge recommended that Defendant's Motion for Summary Judgment be granted and Plaintiff's Motion for Summary Judgment be denied.

Neither party filed objections to the Magistrate Judge's Report and Recommendation. Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's Report and Recommendation to which objection is made, *see* U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn,* 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections with the court to a magistrate judge's report and recommendation waives the right to appeal. *See Wright v. Holbrook,* 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's Report and Recommendation in this case.

Accordingly, **IT IS ORDERED** as follows:

(1) The Report and Recommendation of the Magistrate Judge (Doc. #13) is hereby **adopted** as the Opinion of this Court;

(2) Defendant's Motion for Summary Judgment (Doc. #11) is hereby **granted;**

(3) Plaintiff's Motion for Summary Judgment (Doc. #10) is hereby **denied;** and,

(4) Judgment in favor of Defendant will be entered contemporaneously herewith.

This 24TH day of November, 2008.



Signed By:
*David L. Bunning*
United States District Judge

G:\DATA\SocialSecurity\Orders\6-07-409 Opinion and Order.wpd